# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CAT TRUSS,**

        **Plaintiff,**

v.                                                      Case No:   6:18-cv-213-Orl-40DCI

**ALLIED INTERSTATE, INC.,**

        **Defendant.**

## ORDER

This cause is before the Court on review of Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 6) filed February 27, 2018.  The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam).  The Clerk of Court is **DIRECTED** to close the file.

**DATED** in Orlando, Florida, this 28th day of February 2018.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party